UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:25-cv-10023-SK                     Date: July 1, 2026

Title      Nataliia Krasnova v. U.S. Citizenship and Immigration Services

Present: The Honorable:  Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:**      (IN CHAMBERS) **ORDER TO SHOW CAUSE**

Plaintiff's opposition to defendant United States Citizen and Immigration Services' motion to dismiss (ECF 22) was due on June 24, 2026. Yet as of this order, plaintiff has filed no timely opposition. By not timely opposing the motion to dismiss, plaintiff may be considered to have consented to the granting of the motion. *See* L.R. 7-12.

Plaintiff is therefore ordered to show cause in writing **by no later than July 8, 2026** why the motion to dismiss should not be granted based on plaintiff's failure to oppose. Plaintiff may discharge this order with an application for leave to file an untimely opposition and a proposed late-filed opposition. Even then, the court reserves the right to deny leave and consider the motion to dismiss unopposed. (If the opposition is ordered filed based on good cause, defendant may have seven days thereafter to file an optional reply.) In any event, plaintiff's failure to respond to and comply with this order may lead to involuntary dismissal of the entire action—with or without prejudice—for lack of prosecution and noncompliance with court orders. *See* L.R. 41-1; Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.