**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

NATALIIA KRASNOVA,
Plaintiff,
v.
U.S. CITIZENSHIP AND IMMIGRATION SERVICES,
Defendant.

Case No. 2:25-cv-10023-SK

**JUDGMENT**

In accordance with the Court's Order Granting Defendant's Motion to Dismiss Complaint, IT IS ADJUDGED that this action is dismissed without prejudice for lack of jurisdiction, except for any procedural due process claims arising from notice and opportunity-to-cure theories of relief, which are dismissed with prejudice.

DATED: November 3, 2026

STEVE KIM
United States Magistrate Judge